IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| DARREN D. MINOR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:04-CV-819-A |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS | § | |
| DIVISION, | § | |
| | § | |
| Respondent. | § | |

O R D E R

Came on for consideration the above-captioned action wherein Darren D. Minor is petitioner and Douglas Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 12, 2005, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by June 2, 2005. By order signed May 27, 2005, the court granted petitioner an extension of time until July 1, 2005, in which to file his objections. On June 29, 2005, the court received petitioner's objections.

Petitioner's objections are nothing more than a rehash of arguments he has previously made. The court has reviewed the record de novo in light of the objections and agrees with the magistrate judge that the petition should be denied. In

particular, the court notes that petitioner has failed to show that the result of the proceedings would have been different had any of the matters about which he complains been handled differently. He has not shown that his counsel's trial tactics were so ill-chosen that they permeated the entire trial with obvious unfairness. See Teague v. Scott, 60 F.3d 1167, 1172 (5th Cir. 1995). The evidence overwhelmingly supports the jury's verdict.

The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, denied.

SIGNED June 30, 2005.

_____
JOHN McBRYDE
United States District Judge